**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**


NAKIA FENNER, #24181-050             :

                                       : CIVIL ACTION NO. JFM-06-1164

        v.                           :

                                         :

UNITED STATES OF AMERICA         :

                                         :

                             ..oOo..


### MEMORANDUM


Pending is a pro se 28 U.S.C. § 2241 motion for habeas corpus relief filed by Nakia

Fenner, a federal prisoner incarcerated at  FCI- Cumberland, Maryland, challenging his payment

of court-ordered fines through the Bureau of Prisons' Inmate Financial Responsibility Program. [1]

On May 15, 2006, the court granted petitioner thirty days to demonstrate whether he had

exhausted his administrative remedies prior to filing the instant petition. Petitioner has filed a

response. For the reasons that follow, the petition will be dismissed without prejudice.

A federal prisoner must exhaust his administrative remedies before petitioning for writ of

habeas corpus pursuant to §2241 in federal district court. *See e.g. Moscato v. Federal Bureau of*

*Prisons*, 98 F.3d 757, 760 (3rd Cir.1996); *Martinez v. Roberts*, 804 F.2d 570 (9th Cir. 1996).  In his

response, petitioner does not state whether he has exhausted or attempted to exhaust available

administrative remedies.   Instead, he "submits that such Constitutional violations as will be

mentioned in his Writ are outside the scope of the appointment for the Bureau of Prisons to respond

---

[1]       Petitioner was sentenced in the United States District Court for the District of New Jersey to 87 months imprisonment after he was convicted of conspiracy to distribute narcotics. *See United States v, Fenner*, Criminal Action 05-01-583 (D. NJ). To the extent petitioner intends to challenge the imposition of a fine against him, his claim should be presented in a 28 U.S.C. § 2255 Motion to Vacate, Correct or Set Aside filed in the district court in which he was sentenced.

to...." Paper No. 3.   This reply fails to address whether petitioner has presented his claims for administrative resolution.  Absent any indication of whether petitioner has exhausted or attempted to exhaust available administrative responsibilities through the Bureau of Prisons, the court will dismiss the petition without prejudice.  The court will, however, grant petitioner's request for a 28 U.S.C. § 2241 form to assist him in the event he intends to refile for habeas relief after exhausting his administrative remedies.  A separate Order follows.


June 6, 2006                                                    /s/
Date                                                             J. Frederick Motz
                                                                 United States District Judge